UNITED STATES DISTRICT COURT OF THE DISTRICT OF OREGON

PORTLAND, DIVISION

| | |
|---|---|
| SANDRA PETERSEN and KINGWOOD TRUST., <br><br> Plaintiffs, <br><br> vs. <br><br> CITY OF MANZANITA, OREGON. <br><br> Defendants. | Case No.: 3:18-CV-01143 <br><br> MOTION FOR PRELIMINARY INJUNCTION |

Plaintiffs request the imposition of a preliminary injunction against Defendant, City of Manzanita to:

1. Delay the trial on citation numbers 17-V-000524 A/B, 17-V-000525 A/B, 17-V-000526 A/B, 17-V-000580, 17-V-000581, 17-V-000582 A/B, and the Order to Show Cause currently scheduled for August 10, 2018, in the Municipal Court for the City of Manzanita.

2. To keep that injunction in place until a determination is made by the Court with respect to the claims asserted by Plaintiff in the Complaint filed herewith. (Exhibit 1)

Page 1 – MOTION FOR PRELIMINARY INJUNCTION

1  Plaintiffs rely upon the claims asserted in the Complaint and the Affidavit of Sandra
2  Petersen in support of this motion, as well as the declaration of attorney, Christian Zupancic filed in
3  support of the motion and the declaration of attorney, Kevin O'Connell referencing public records.

Dated this 27 day of June, 2018.

Submitted by: _____
Kevin O'Connell, OSB No. 66092
Hagen O'Connell & Hval LLP
8555 SW Apple Way, Suite 300
Portland, Oregon 97225
Telephone: (503) 227-2900
Facsimile: (503) 227-3870
koconnell@hagenoconnell.com

Page 2 – MOTION FOR PRELIMINARY INJUNCTION