


UNITED STATES DISTRICT COURT OF THE DISTRICT OF OREGON

PORTLAND, DIVISION

| | |
|---|---|
| SANDRA PETERSEN and KINGWOOD TRUST., <br><br>Plaintiffs, <br><br>vs. <br><br>CITY OF MANZANITA, OREGON. <br><br>Defendants. | Case No.: 3:18 cv- 0143 <br><br>AFFIDAVIT OF SANDRA PETERSEN IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION |

I, Sandra Petersen, being first duly sworn, depose and say:

1. I am a Plaintiff in this proceeding. I am also a Trustee of the Kingwood Trust, which was formed in April of 1990. The Trust on March 9, 1998, Jewel M. Brush and myself as Trustees for the Kingwood Trust, purchased the residential property located at 181 Edmond Lane, Manzanita, Oregon.

2. The Trust is a Washington sited Trust and I am a resident of the state of Washington.

3. The Manzanita property at issue is used by family and friends. I administer the use of the property essentially in accordance with the information on a website which had restricted access to the group of family and friends. Attached is Exhibit 1 which reflects the family and friends and the relationships.

Page 1 – AFFIDAVIT OF SANDRA PETERSEN

4. The users of the beach house were asked to make a donation to offset the cost of operation i.e. utilities, supplies and maintenance. The property has a current value of approximately $400,000.00, and the fair rental value of the property would be well in excess of that which is requested for a donation. The donations are voluntary and no one has even been pursued who did not make a donation. The property operates on essentially a break even basis.

5. In October of 2017, and November of 2017, the City of Manzanita cited me for violation of the short term rental/transit lodging tax ordinance related to the use of the property at 181 Edmund Lane, Manzanita, Oregon. I engaged Christian Zupancic, an attorney in Seaside, Oregon, to help me address this issue. It was my belief that the use of the property by our extended family members did not constitute an event that generated either registration or a tax. The City of Manzanita in the citations indicated a penalty of $1,850,500.00, for the offenses cited in 17-V-000524 A/B, 17-V-000525 A/B, 17-V-000526 A/B, 17-V-000580, 17-V-000581, and 17-V-000582 A/B. If this qualified as a short term rental the tax and penalties would be about $6,000.00

6. It is my understanding that on March 8, 2018, Mr. Zupancic had reached an agreement with the City Attorney that to resolve this I would pay $7,500.00, which would be inclusive of the cost to the City of Manzanita and enter into a voluntary compliance agreement as one of the terms of the ordinance. Before that agreement was signed, I was issued another citation for the use of the Edmund Lane property on April 5, 2018. The use of the property was reserved by one of our family members, Audrey Thompson, but unbeknownst to me she was reserving the property on behalf of a friend of hers. That person actually remitted the donation directly to Ms. Thompson.

7. As a result of that citation the form of voluntary compliance agreement prepared by the City which varied the terms that I understood had been agreed to was presented to the Municipal Court.

Page 2 – AFFIDAVIT OF SANDRA PETERSEN

8. Apparently the agreement resulted in an order entered nunc pro tunc to February 28, 2018, with a consequence that the City then issued an order to show cause regarding the violation of April 5, 2018, in contravention to the voluntary compliance agreement. This has exposed me $1,881,500.00. Mr. Zupancic on behalf filed an objection to this motion for an order to show cause and also filed a motion to enforce the settlement agreement that was reached on February 28, 2018.

9. The hearing in the City of Manzanita Municipal Court on the citations and on this order to show cause is scheduled for trial on August 10, 2018.

Dated this 25th day of June, 2018.          *Sandra Petersen*

                                                    Sandra Petersen

SUBSCRIBED AND SWORN TO before me this 25th day of June, 2018.

                                                *Samir Kebic*

[Notary seal: SAMIR KEBIC, Notary Public, State of Washington, My Appointment Expires Jan 8, 2022]

Notary Public for ~~Oregon~~ Washington
My Commission Expires: Jan. 8, 2022

Page 3 – DECLARATION OF SANDRA PETERSEN

| Name | Email Address | Arrival | Depart | # nights | # guests | Family Relation | House-keeping? | Relationship to Sandra, the Trust, or Former Trustee |
|---|---|---|---|---|---|---|---|---|
| Joanne Gavin | Jhmokum@ | 10/27/17 | 10/28/17 | 1 | 2 | Susan Walker Cassie Wortel | No | In-law to Sandra |
| Kris Walker | klwalker1291@co | 10/20/17 | 10/22/17 | 2 | 2 | Frank Walker | No | Sister to Sandra ; niece to former Trustee (Jewel) |
| Anne Budurov | Mcbud18206@yah | 10/22/17 | 10/26/17 | 4 | 2 | Vernon Walker | No | Cousin to Sandra ; niece to former Trustee (Jewel) |
| Megan Lanagan | Megan.lanagan@g | 10/6/17 | 10/8/17 | 2 | 4 | Judy Walker Brush Miller | No | Granddaughter to former Trustee (Jewel) |
| Audrey Yunker | Audyunker@hotma | 9/25/17 | 10/2/17 | 8 | 6 | Joyce Yunker | Yes | Cousin to Sandra and to former Trustee (Jewel) |
| Reeva Wortel | tigreeeva@gmail.c | 9/5/17 | 9/8/17 | 3 | 3 | Sandy Petersen | No | In-laws to Sandra |
| Audrey thompson | Audyunker@hotma | 9/21/17 | 10/1/17 | 10 | 2+4 | Joyce Yunker | Yes | Cousin to Sandra and to former Trustee (Jewel) |
| Janna Cronk | jannac7@gmail.co | 9/21/17 | 9/25/17 | 4 | 6 | Anne Budurov | Light | In-law to Sandra & to former Trustee |
| Erika Petersen | ekpmarie@yahoo.c | 10/5/17 | 10/12/17 | 7 | 1-4 | Frank Walker | Yes | Daughter to Sandra, niece to former Trustee (Jewel) |
| Mike & Sarah Burger | mburg7605@gmail | 8/27/17 | 8/29/17 | 2 | 5 | Bill Walker | No | Cousin to Sandra & to former Trustee (Jewel) |
| Meghan Lanagan | Meghan.lanagan@ | 9/15/17 | 9/17/17 | 2 | 5 | Judy Walker Brush Miller | No | Granddaughter to former Trustee (Jewel) |
| Lisa Rabe Simmons | lsimmons7089@g | 8/30/17 | 9/5/17 | 6 | 2 | JoeAnne Walker | No | Niece to a previous Trustee |
| Mary & Kathleen Miller | GaryM@CrownCre | 8/12/17 | 8/15/17 | 3 | 4-6 | Judy Walker Brush Miller | No | Children of former Trustee (Jewel) |
| Shaun McLaughlin | caitlin.haller@yaho | 7/24/17 | 7/26/17 | 2 | 2 | Vernon Walker | No | Nephew to Sandra, nephew to former Trustee (Jewel) |
| Benjamin Walker | seventysevencelica | 7/14/17 | 7/16/17 | 2 | 4 | Frank Walker | No | Cousin to Sandra & to former Trustee (Jewel) |
| Daniel & Cindy Miller | dancinanne@gmail | 8/7/17 | 8/10/17 | 3 | 4 | Judy Walker Brush Miller | No | Granddaughter to former Trustee (Jewel) |
| Janna Cronk | jannac7@gmail.co | 8/24/17 | 8/27/17 | 3 | 6 | Anne Budurov | No | In-law to Sandra & to former Trustee |
| Janna Cronk | jannac7@gmail.co | 7/4/17 | 7/6/17 | 2 | 4 | Anne Budurov | No | In-law to Sandra & to former Trustee |
| Janna Cronk | jannac7@gmail.co | 7/30/17 | 8/2/17 | 3 | 4 | Anne Budurov | No | In-law to Sandra & to former Trustee |
| Jason & Sarah Koppen | skoppen@indianbi | 6/18/17 | 6/23/17 | N/C 5 | 4 | Frank Walker, Rhonda B' for | Light | Pastor - No Charge |
| Kris Walker | klwalker1291@co | 6/10/17 | 6/12/17 | 2 | 2 | Frank Walker | No | Sister to Sandra; niece to former Trustee (Jewel) |
| Anna Cronk | jannac7@gmail.co | 6/16/17 | 6/18/17 | 2 | 4 | Anne Budurov | No | In-law to Sandra & to former Trustee |
| Allen Walker TEST | Walk4him@icloud. | 1/1/17 | 1/1/17 |  |  | Frank Walker | No | **TEST |
| Lisa Rabe Simmons | lsimmons7089@g | 8/23/17 | 8/29/17 | 6 | 2 | JoeAnne Walker | No | Niece to a previous Trustee |
| Kellyn Davidson | davidsonkellyn@g | 5/28/17 | 5/29/17 | 1 | 2 | William (Bill) Walker | No | Granddaughter to former Trustee (Jewel) |
| Meghan Lanagan | Meghan.lanagan@ | 6/23/17 | 6/25/17 | 2 | 2 | Judy Walker Brush Miller | No | Granddaughter to former Trustee (Jewel) |
| Lisa Rabe Simmons | lsimmons@gmail.c | 8/23/17 | 8/29/17 | 6 | 2 | JoeAnne Walker | No | Niece to a previous Trustee |
| TEST 3 Allen | walk4him@icloud.c | 2/2/17 | 2/2/17 |  |  | Frank Walker | Light | **TEST |
| Test 2 Allen | walk4him@icloud.c | 1/1/17 | 1/1/17 |  |  | Frank Walker | No | **TEST |
| Meghan lanagan | Meghan.lanagan@ | 7/28/17 | 7/30/17 | 2 | 4 | Judy Walker Brush Miller | No | Granddaughter to former Trustee (Jewel) |
| Erika Petersen | ekpmarie@yahoo.c | 6/15/17 | 6/18/17 | 3 | 4 | Frank Walker | Yes | Daughter to Sandra, niece to former Trustee (Jewel) |
| Cario Cuozzo | mkcuozzo@me.co | 5/9/17 | 5/10/17 | 1 | 3 | Cassie Cuozzo Wortel | No | Pastor |
| Juli Maciosek | Bozotdog@hotmail | 7/9/17 | 7/15/17 | 6 | 2 | Ruth Thompson's Granddau | No | Granddaughter to former Trustee (Jewel) |
| Sandra Petersen | sandrapetersen67 | 4/4/17 | 4/7/17 | 3 | 3 | Frank Walker | Yes | Cousins to Sandra & to former Trustee (Jewel) |
| Cassie Cuozzo | clcuozzo@gmail.co | 4/19/17 | 4/21/17 | 2 | 4 | Frank Walker | No | Trustee and niece to Sandra |
| Shaun McLaughlin | youngie761@yaho | 4/18/17 | 4/19/17 | 1 | 1 | Vernon Walker | No | Niece to Sandra |
| Jen Verbeck | jenandgeoffrey@m | 3/31/17 | 4/1/17 | 1 | 5 | Judy Walker Brush Miller | No | Cousins to Sandra, nephew to former Trustee (Jewel) |

EXHIBIT 1

| Name | Email | Date | Date | Count | Contact | Paid | Relationship |
|---|---|---|---|---|---|---|---|
| Susie & Jason mcbride | susie.mcbride31@ | 4/7/17 | 4/9/17 | 2 | Frank Walker, Carolyn Pluml | No | Cousin to Sandra |
| Dave Maciosek | dgmaciosek@msn. | 8/15/17 | 8/22/17 | 7 | Jan McCauley | Light | Cousins to Sandra & to former Trustee (Jewel) |
| Erika Petersen | ekpmarie@yahoo.c | 4/20/17 | 4/23/17 | 3 | Frank Walker | Yes | Daughter to Sandra, niece to former Trustee |
| Janna C Cronk | jannac7@gmail.co | 3/27/17 | 3/31/17 | 4 | Anne Budurov (Walker) | No | In-law to Sandra & to former Trustee |
| Debby Davidson | Mccutcheondeb@g | 3/10/17 | 3/11/17 | 1 | Frank Walker | No | In-laws to Sandra |
| Jennifer Verbeck | Jenandgeoffrey@ | 4/1/17 | 4/3/17 | 2 | Martha Walker | No | Granddaughter to former Trustee (Jewel) |
| Meghan Lanagan | Meghan.lanagan@ | 3/3/17 | 3/5/17 | 2 | Judy Walker Brush Miller | No | Granddaughter to former Trustee (Jewel) |
| Christy Berthold | cwaaberthold@gor | 3/1/17 | 3/2/17 | 1 | Joyce Yunker | Light | Cousin to Sandra & to former Trustee (Jewel) |
| Joyce Yunker | Sandrapetersen67 | 5/21/17 | 5/24/17 | 3 | Bill Walker | No | Cousin to Sandra & to former Trustee (Jewel) |
| Meghan lanagan | Meghan.lanagan@ | 2/17/17 | 2/20/17 | 3 | Judy Walker Brush Miller | No | Granddaughter to former Trustee (Jewel) |
| Anne Budurov | Mcbud18206@yah | 6/25/17 | 6/28/17 | 3 | Vernon Walker | No | In-laws to former Trustee |
| Anne Budurov | Mcbud18296@yah | 5/24/17 | 5/27/17 | 3 | Vernon Walker | No | Cousin to Sandra & to former Trustee (Jewel) |
| Mia Wortel | miaswortel@gmail. | 7/7/17 | 7/9/17 | 2 | Sandra Petersen | No | In-laws to Sandra |
| Joyce Yunker | Sandrapetersen67 | 9/8/17 | 9/13/17 | 5 | Les Walker | No | Cousins to Sandra & to former Trustee (Jewel) |
| Erika Petersen | ekpmarie@yahoo.c | 2/24/17 | 2/27/17 | 3 | Sandy Walker | No | Daughter to Sandra, niece to former Trustee (Jewel) |
| Reeva Wortel | tigrereeva@gmail.c | 1/25/17 | 1/28/17 | 3 | Sandy Petersen | No | In-laws to Sandra |
| Dennis Davidson | dengay1958@gmail | 6/30/17 | 7/3/17 | 3 | Bill Walker | No | In-laws to Sandra |
| Janna C Cronk | jannac7@gmail.co | 3/27/17 | 3/29/17 | 2 | Anne Budurov (Walker) | No | In-law to Sandra & to former Trustee |
| Reeva Wortel | tigrereeva@gmail.c | 12/22/16 | 12/26/16 | 4 | Sandra Petersen | No | In-laws to Sandra |
| Scott/Linda Sparley | slsparley@comcast | 7/17/17 | 7/23/17 | N/C 6 | Sandra Petersen | Yes | Pastor - No Charge |
| Dennis Davidson | dengay1958@gmail | 8/10/17 | 8/12/17 | 2 | Bill Walker | No | Cousin to Sandra & to former Trustee (Jewel) |
| Jennifer Verbeck | Jenandgeoffrey@ | 1/27/17 | 1/28/17 | 10 | Martha Walker | No | Daughter to Sandra, niece to former Trustee (Jewel) |
| Kellyn Davidson | kellynmacx@gmail. | 12/26/16 | 12/27/16 | 1 | Bill Walker / Dennis Davidso | No | Cousin to Sandra & to former Trustee (Jewel) |
| Erika Petersen | ekpmarie@yahoo.c | 2/2/17 | 2/27/17 | 3 | Frank Walker | Yes | Daughter to Sandra, niece to former Trustee (Jewel) |
| Meghan lanagan | Meghan.lanagan@ | 11/18/16 | 11/20/16 | 2 | Judy Walker Brush Miller | No | Granddaughter to former Trustee (Jewel) |
| Anne Budurov | Mcbud18206@yah | 11/23/16 | 11/26/16 | 3 | Vernon Walker | No | In-laws to Sandra |
| Joanne and Reeva | Tigrereeva@gmail. | 11/26/16 | 11/29/16 | 3 | Sandy Petersen | No | In-laws to Sandra |
| Dennis Davidson | dengay1958@gmai | 12/27/16 | 12/29/16 | 2 | William Walker | No | Grandson to former Trustee (Jewel) |
| Erika Petersen | ekpmarie@yahoo.c | 12/29/16 | 1/2/17 | 4 | Frank Walker | Yes | Daughter to Sandra, niece to former Trustee (Jewel) |
| Kris Walker | klwalker1291@co | 10/29/16 | 10/31/16 | 2 | Frank Walker | No | Sister to Sandra & to former Trustee (Jewel) |
| Meghan Lanagan | Meghan.lanagan@ | 9/16/16 | 9/18/16 | 2 | Judy Walker Brush Miller | No | Granddaughter to former Trustee (Jewel) |
| Erika Petersen | ekpmarie@yahoo.c | 10/20/16 | 10/21/16 | 1 | Frank Walker | Yes | Daughter to Sandra, niece to former Trustee (Jewel) |
| Lisa Rabe Simmons | lsimmons7089@g | 8/25/16 | 8/26/16 | 2 | JoeAnne Walker | No | Niece to a previous Trustee |
| San Rabe | janicerabe24@gma | 8/3/17 | 8/7/17 | 4 | JoeAnne Walker | No | Cousin to Sandra; niece to former Trustee |
| Eli Bryant | Eli.c.bryant@gmail. | | Cancelled | | Walker family Cheryl/Ann Mo | No | Cousin |
| Erika Petersen | ekpmarie@yahoo.c | 10/21/16 | 10/23/16 | 2 | Frank Walker | Yes | Daughter to Sandra, niece to former Trustee (Jewel) |
| Erika Petersen | ekpmarie@yahoo.c | 8/26/16 | 8/28/16 | 2 | Frank Walker | Yes | Daughter to Sandra, niece to former Trustee (Jewel) |
| Kris Walker | klwalker1291@co | 7/31/16 | 8/2/16 | 2 | Frank Walker | No | Sister to Sandra, niece to former Trustee (Jewel) |
| Audrey Yunker | Audyunker@hotma | 10/7/16 | 10/16/16 | 2/+4 | Joyce Yunker | Yes | Cousin to Sandra & to former Trustee (Jewel) |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 6 | Janna Cronk | Jannac7@gmail.co | 7/5/16 | 7/7/16 | 2 | 8 Anne Budurov | Yes | In-law to Sandra & to former Trustee |
| 6 | Janna Cronk | Jannac7@gmail.co | 8/17/16 | 8/18/16 | 1 | 4 Anne Budurov (walker) | No | In-law to Sandra & to former Trustee |
| 6 | Janna Cronk | Jannac7@gmail.co | 6/21/16 | 6/22/16 | 1 | 2-3 Anne Budurov (Anne walker | No | In-law to Sandra & to former Trustee |
| 6 | Susie Mcbride | Susie.mcbride31@ | 7/11/16 | 7/13/16 | 2 | 4 Frank Walker | No | Cousin to Sandra |
| 6 | Erika Petersen | ekpmarie@yahoo.c | 6/14/16 | 6/17/16 | 3 | 7 Frank Walker | Yes | Daughter to Sandra, niece to former Trustee (Jewel) |
| 6 | Dennis Davidson | dengay1958@gmai | 7/27/16 | 7/28/16 | 1 | 7 Bill Walker | No | Cousin to Sandra & to former Trustee (Jewel) |
| 5 | Erika Petersen | ekpmarie@yahoo.c | 8/27/16 | 8/30/16 | 3 | 7 Frank Walker | No | Daughter to Sandra, niece to former Trustee (Jewel) |
| 5 | Janet Maciosik | Mjfy@frontiernet.ne | 9/21/16 | 9/28/16 | 7 | 3 Sandy | No | In-laws to Sandra |
| 5 | Steeva Wortel | Tigrereeva@gmail. | 5/22/16 | 5/27/16 | 5 | 3 Sandy | No | In-law to Sandra |
| 5 | Jennifer Eickermann | jennifer2337@yaho | 6/9/16 | 6/13/16 | 4 | 8 Frank Walker | No | Cousin |
| 5 | Christy Berthold | cwaaberthold@gor | 7/24/16 | 7/26/16 | 2 | 5 Joyce Yunker | Yes | Cousin to Sandra |
| 5 | Susie McBride | Susie.mcbride31@ | 5/20/16 | 5/22/16 | 2 | 5 Frank Walker, Carolyn pluml | No | Cousin to Sandra & to former Trustee (Jewel) |
| 4 | Anne Budurov | Mcbud18206@yah | 9/29/16 | 10/2/16 | 4 | Vernon Walker | No | Cousin to Sandra |
| 4 | Anne Budurov | Mcbud18206@yah | 6/2/16 | 6/6/16 | 4 | 2 Vernon Walker | No | Cousin to Sandra & to former Trustee (Jewel) |
| 4 | Lisa Rabe Simmons | lsimmons7089@g | 8/22/16 | 8/27/16 | 5 | 2 JoeAnne Walker | No | Niece to a previous Trustee |
| 4 | Allen Walker | walk4him@icloud.c | 5/5/16 | 5/8/16 | 3 | 2 Frank Walker | No | Brother to Sandra, nephew to former Trustee (Jewell) |
| 4 | Jennifer Eickermann | jennifer2337@yaho | 6/10/16 | 6/12/16 | 2 | 6 Frank Walker | No | Cousin |
| 4 | Michael Chipman | Michael7501@msn | 9/1/16 | 9/5/16 | 4 | 6 Judy Walker Brush Miller, Si | No | Nephew to former Trustee (Jewel) |
| 3 | Reeva and Joanne Gavi | tigrereeva@gmail.c | 4/10/16 | 4/13/16 | 3 | 4 Sandy Petersen | No | In-laws to Sandra |
| 3 | Susie & Jason McBride | Susie.mcbride31@ | 4/29/16 | 5/1/16 | 2 | 6 Frank Walker, Jason's gma i | No | Cousin to Sandra |
| 3 | Robert Chipman | Robchip69@hotma | 7/29/16 | 7/31/16 | 2 | 4 Judy Walker Brush Miller | Yes | Nephew to former Trustee (Jewel) |
| 3 | Meghan lanagan | Meghan.lanagan@ | 5/27/16 | 5/30/16 | 3 | 4 Judy Walker Brush Miller | Yes | Granddaughter to former Trustee (Jewel) |
| 3 | Mario Cuozzo | mkcuozzo@me.co | 6/27/16 | 6/30/16 | 3 | 4 Cassie Cuozzo Wortel | No | Pastor - No Charge |
| 3 | Jill Robinson | Robinson | 8/10/16 | 8/17/16 | 7 | 2 Betty Walker Rutledge | Yes | Cousin |
| 3 | Daniel Miller | dancinanne@gmail | 7/17/16 | 7/24/16 | 7 | 3 Judy Walker Brush Miller | No | Children to former Trustee (Jewel) |
| 3 | Joanne Gavin | jhmokum@yahoo.c | 3/25/16 | 3/28/16 | 3 | 4 Sandy Petersen | No | In-law to Sandra |
| 3 | Dennis Davidson | dengay1958@gmai | 6/25/16 | 6/27/16 | 2 | 2 William Walker | No | Cousin to Sandra & to former Trustee (Jewel) |
| 2 | Holly Gellner | hollygellner@gmail | 9/15/16 | 9/19/16 | 4 | 4 Petersen | No | Niece to Sandra |
| 2 | Lisa Rabe Simmons | lsimmons7089@ga | 3/24/16 | 3/27/16 | 3 | 2 JoeAnne Walker | No | Niece to a previous Trustee |
| 2 | Lisa Rabe Simmons | lsimmons7089@ga | 3/18/16 | 3/21/16 | 3 | 2 JoeAnne Walker | No | Niece to a previous Trustee |
| 2 | Kris Walker | klwalker1291@co | 3/11/16 | 3/13/16 | 2 | 2 Frank Walker | No | Sister to Sandra; niece to former Trustee (Jewel) |
| 2 | Joanne and Hans Worte | Jhmokum@yahoo. | 4/15/16 | 4/17/16 | 2 | 4 Susan Walker & Cassie and | No | In-laws to Sandra |
| 2 | Kathleen Miller | katmiller2008@hot | 8/18/16 | 8/22/16 | 4 | 2 Judy Walker Brush Miller | No | Children to former Trustee (Jewel) |
| 2 | Tanya Lane | tanya@rainierconn | 7/10/16 | 7/15/16 | 5 | 6 Joe Walker | Yes | Cousin to Sandra & to former Trustee (Jewel) |
| 1 | Joanne | Gavin | 1/15/16 | 1/18/16 | 3 | 4 Sandy Petersen | No | In-law to Sandra |
| 1 | Tanya Lane | tanya@rainierconn | 7/10/16 | 7/15/16 | 5 | 6 Joe Walker | No | Cousin to Sandra & to former Trustee (Jewel) |
| 1 | Allen Walker | Walk4him@icloud. | 3/28/16 | 3/31/16 | 3 | 6 Frank Walker | No | Brother to Sandra, nephew to former Trustee (Jewell) |
| 1 | Joanne | gavin | 1/8/16 | 1/11/16 | 3 | 3 Sandy Petersen | No | In-law to Sandra |
| 1 | Dennis Davidson | dengay1958@gmai | 12/27/15 | 12/29/15 | 2 | 3 William Walker | No | Cousin to Sandra & to former Trustee (Jewell) |

| | Name | Email | Date | Date | No | Relation |
|---|---|---|---|---|---|---|
| 1 | Mike yunker | Ssilzel@gmail.com | 12/24/15 | 12/27/15 | 3 | 2 Joyce walker | Cousin to Sandra & to former Trustee (Jewel) |
| 1 | Brandon Holm | jennifer2337@yaho | 12/11/15 | 12/13/15 | 2 | 6 Frank Walker | Cousin to Sandra |
| 1 | Cassie Cuozzo | clcuozzo@gmail.co | 12/18/15 | 12/21/15 | 4 | 4 Frank Walker | Niece to Sandra |
| 1 | Meghan Lanagan | Meghan.lanagan@co | 11/27/15 | 11/29/15 | 2 | 4 Judy Walker Brush Miller | Granddaughter to former Trustee (Jewel) |
| 1 | Joanne Gavin | jhmokum@yahoo.c | 11/16/15 | 11/18/15 | 2 | 3 Sandy Petersen | In-law to Sandra |
| 1 | Nash | debnmiken@gmail. | 10/15/15 | 10/18/15 | N/C | 4 | |
| 1 | Erika Petersen | Ekpmarie@yahoo. | 12/30/15 | 1/3/16 | 4 | 5 Frank Walker | Daughter to Sandra, niece to former Trustee (Jewel) |
| 1 | Audrey Yunker | audyunker@hotmai | 4/1/16 | 4/10/16 | 9 | 5 Joyce Yunker | Cousin to Sandra & to former Trustee (Jewel) |
| 1 | Jan Rabe | janicerabe24@gma | 7/7/16 | 7/11/16 | N/C 4 | 6 JoeAnne Walker | Cousin to Sandra & to former Trustee (Jewel) |
| 1 | Audrey thompson | Audyunker@hotma | 11/11/15 | 11/15/15 | 4 | 4 Joyce Yunker | Son-in-law to former Trustee (Jewel) |
| 1 | Kris Walker | klwalker1291@co | 10/31/15 | 11/2/15 | 2 | 2 Frank Walker | Sister to Sandra; niece to former Trustee (Jewel) |
| 1 | Audrey Thompson | Audyunker@hotma | 10/1/15 | 10/14/15 | 13 | 2+4 Joyce Yunker | Cousin to Sandra; niece to former Trustee (Jewel) |
| 1 | Anne Budurov | Mcbud18206@yah | 9/7/15 | 9/9/15 | 2 | 2 Vernon Walker | Cousin to Sandra & to former Trustee (Jewel) |
| 3 | Meghan Lanagan | Meghan.lanagan@ | 9/18/15 | 9/20/15 | 2 | 2 Judy Walker Brush Miller | Granddaughter to former Trustee (Jewel) |
| 3 | Anne Budurov | Mcbud18206@yah | 9/27/15 | 10/1/15 | 4 | 5 Vernon Walker | Cousin to Sandra; niece to former Trustee (Jewel) |
| 3 | Hans Wortel | jhmokum@yahoo.c | 9/25/15 | 9/27/15 | 2 | 2 susan walker | In-laws to Sandra |
| 3 | Mike Yunker | Michaellyunker@g | 8/24/15 | 8/29/15 | 5 | 8 Joyce Yunker | Cousin to Sandra & to former Trustee (Jewel) |
| 3 | Christy Berthold | cwaaberthold@gor | 6/22/15 | 6/24/15 | 2 | 4 Joyce Walker Yunker | Cousin to Sandra & to former Trustee (Jewel) |
| 3 | Barbara Gellner | digellner@odessao | 8/23/15 | 8/24/15 | 1 | 2 Karen Avichouser | Niece to Sandra |
| 3 | Kristen Yunker | kristenann@gmail. | 6/10/15 | 6/172015 | 10 | 7 Joyce (Walker) Yunker | Cousin to Sandra & to former Trustee (Jewel) |
| 3 | Kristen Yunker | kristenann@gmail. | 8/30/15 | 9/3/15 | 3 | 7 Joyce (Walker) Yunker | Cousin to Sandra & to former Trustee (Jewel) |
| 3 | Meghan Lanagan | Meghan.lanagan@ | 6/15/15 | 6/17/15 | 2 | 6 Judy Walker Brush Miller | Granddaughter to former Trustee (Jewel) |
| 3 | Brandon Holm | jennifer2337@yaho | 6/19/15 | 6/21/15 | 2 | 8 Frank Walker | Cousin to Sandra |
| 3 | Cassie Cuozzo | Cuozzo | 7/23/15 | 7/28/15 | 5 | 6 Frank Walker | Niece to Sandra |
| 3 | Tanya Lane | jimtanya@rainierco | 5/29/15 | 5/31/15 | 2 | 4 Joe Walker | Cousin to Sandra & to former Trustee (Jewel) |
| 3 | Erika Petersen | Ekpmarie@yahoo. | 6/5/15 | 6/8/15 | 3 | 3 Frank Walker | Daughter to Sandra, niece to former Trustee (Jewel) |
| 3 | Debby McCutcheon | mccutcheondeb@g | 5/1/15 | 5/3/15 | 2 | 4 Bill walker | Cousin to Sandra & to former Trustee (Jewel) |
| 3 | Lisa Rabe Simmons | lmrabe@easystreet | 5/8/15 | 5/10/15 | 2 | 2 JoeAnne Walker | Niece to a previous Trustee |
| 3 | Michael Chipman | Michael7501@msn | 9/4/15 | 9/7/15 | 3 | 5 Judy Walker Brush Miller | Nephews to former Trustee (Jewel) |
| 3 | Mike Burger | mburg987689@gm | 4/1/15 | 4/4/15 | 3 | 5 Bill Walker | Cousin to Sandra & to former Trustee (Jewel) |
| 3 | Meghan Lanagan | Meghan.lanagan@ | 8/28/15 | 8/30/15 | 2 | 6 Judy Walker Brush Miller | Granddaughter to former Trustee (Jewel) |
| 3 | Holly Gellner | hgellner@gmail.co | 7/5/15 | 7/9/15 | 4 | 4-6 Sandy Petersen | Niece to Sandra |
| 3 | Jennifer Verbeck | Jenandgeoffrey@ | 4/6/15 | 4/8/15 | 2 | 5 Martha walker | Cousin to Sandra & to former Trustee (Jewel) |
| 3 | Carroll Verbeck | verbeck3rd@comc | 4/8/15 | 4/10/15 | 2 | 6 Fred Walker | Cousin to Sandra & to former Trustee (Jewel) |
| 3 | Barbara Gellner | digellner@odessao | 8/19/15 | 8/23/15 | 4 | 5/+4 Holly Avichouser Gellner | Cousin to Sandra & to former Trustee (Jewel) |
| 3 | Joanne Wortel | jhmokum@yahoo.c | 7/13/15 | 7/18/15 | 5 | 6-8 Cassie and Arent Wortel | In-laws to Sandra |
| 3 | Arent Wortel | Info@rightarmcons | 4/17/15 | 4/19/15 | 2 | 6 Susan Walker | Nephew |
| 3 | Barbara Gellner | digellner@odessao | 8/19/15 | 8/23/15 | 4 | 5/+4 Holly Avichouser Gellner | Niece to Sandra |
| 3 | Lisa Rabe Simmons | lmrabe@easystreet | 5/1/15 | 5/3/15 | 2 | 2 JoeAnne Walker | Niece to former Trustee |

| | Name | Email | Date 1 | Date 2 | # | Contact | Relationship |
|---|---|---|---|---|---|---|---|
| 3 | Barbara Gellner | djgellner@odessao | 8/19/15 | 8/23/15 | 4 | 5/+4 Holly Avichouser Gellner | Niece to Sandra |
| 3 | Lisa Rabe Simmons | lmrabe@easystreet | 5/1/15 | 5/3/15 | 2 | JoeAnne Walker | Niece to former Trustee |
| 3 | Meghan Lanagan | Meghan.lanagan@ | 5/22/15 | 5/25/15 | 3 | 8? Judy Walker Brush Miller | Granddaughter to former Trustee (Jewel) |
| 3 | Cassie Cuozzo | Clcuozzo@gmail.c | 5/22/15 | 5/25/15 | 3 | 4 Frank Walker | Niece to Sandra |
| 3 | Cassie Cuozzo | Clcuozzo@gmail.c | 5/15/15 | 5/17/15 | 2 | 6 Frank Walker | Niece to Sandra |
| 3 | Debbie Nash | debn425@msn.co | 7/2/16 | 7/5/16 | 3 | 2 Judy Walker Brush Miller | Daughter to former Trustee (Jewel) |
| 3 | Jennifer Verbeck | Jenandgeoffrey@ | 4/8/15 | 4/10/15 | 2 | 5 Martha Walker | Cousin to Sandra & to former Trustee (Jewel) |
| 3 | Kathleen Miller | katmillerprof@gmai | 9/4/15 | 9/8/15 | 4 | 3 Judy Walker Brush Miller | Children to former Trustee (Jewel) |
| 3 | Kathleen Miller | katmillerprof@gma | 8/14/15 | 8/18/15 | 4 | 3 Judy Walker Brush Miller | Children to former Trustee (Jewel) |
| 2 | Meghan Lanagan | Meghan.lanagan@ | 3/6/15 | 3/8/15 | 2 | 4 Judy Walker Brush Miller | Granddaughter to former Trustee (Jewel) |
| 2 | Holly Sheldon | Sionell1@msn.com | 7/3/15 | 7/5/15 | 2 | 3 Frank Walker | Cousin to Sandra |
| 2 | Lisa Rabe Simmons | lmrabe@easystreet | 2/20/15 | 2/23/15 | 3 | 2 JoeAnne Walker | Niece to former Trustee |

* Any line that says TEST in the reservation was a TEST we were doing to set-up Website

Pastor N/C